AO 451  (Rev. 12/12)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| GREENLIGHT CAPITAL, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No. 1:24-CV-02299-LTS |
| JAMES FISHBACK | ) | Case: 1:25–mc–00074 |
| *Defendant* | ) | Assigned To : Unassigned |
| | | Assign. Date : 5/14/2025 |
| | | Description: Misc. Case (O–DECK) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     03/31/2025     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   May 08, 2025

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

**RECEIVED**

MAY 14 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

GREENLIGHT CAPITAL, INC.,

                   Plaintiff,                         24 **CIVIL** 2299 (LTS)

      -against-                                 **JUDGMENT**

  JAMES FISHBACK,

                   Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 31, 2025, Plaintiff's motion for summary judgment is granted in full. Plaintiff is hereby awarded the outstanding balance on the First Note, including the remaining principal ($215,174.47) and the interest accrued thereon (at $26.72 per day) from November 1, 2023 (the day after the October 31, 2023 redemption) through the date of entry of judgment for a total of 517 days amounting to $13,814.24 in total interest. Plaintiff is also awarded post-judgment interest, which shall accrue at the rate statutorily prescribed by 28 U.S.C. § 1961. This Memorandum Order resolves docket entry no. 13. Judgment entered in favor of Plaintiff. Any motion for attorneys' fees may be made pursuant to Federal Rule of Civil Procedure 54(d)(2) and shall set forth the basis for attorneys' fees, whether under the Notes or otherwise.

**Dated:** New York, New York

       March 31, 2025

                                         **TAMMI M. HELLWIG**

                                         _____

                                           **Clerk of Court**

                 **BY:**

                                           _____

                                         **Deputy Clerk**

CERTIFIED AS A TRUE COPY ON

THIS DATE 5/8/2025

BY _____

Clerk

Deputy