CO-386
10/2018

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Greenlight Capital, Inc. | ) | Case: 1:25−mc−00074 |
| | ) | Assigned To : Unassigned |
| | ) | Assign. Date : 5/14/2025 |
| vs     Plaintiff | ) | Civil Action No. Description: Misc. Case (O−DECK) |
| James Fishback | ) | |
| | ) | |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for   Greenlight Capital, Inc.   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   Greenlight Capital, Inc.   which have any outstanding securities in the hands of the public:

There are no such corporations.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/David A. Short
_____
Signature

90013192
_____
BAR IDENTIFICATION NO.

David A. Short
_____
Print Name

650 Massachusetts Avenue N.W., Suite 600
Address

Washington, D.C. 20001
City          State          Zip Code

305-372-8282
Phone Number



RECEIVED
MAY 15 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia