AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GREENLIGHT CAPITAL, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:24-CV-02299-LTS |
| JAMES FISHBACK ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __03/31/2025__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: May 08, 2025

CLERK OF COURT

_/s/_
Signature of Clerk or Deputy Clerk

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court
By: _____
Deputy Clerk

**RECEIVED**
MAY 29 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Case 1:25-mc-00074-UNA   Document 3   Filed 05/29/25   Page 2 of 4
Case 4:25-mc-00031-MW-MAF   Document 1   Filed 05/09/25   Page 2 of 2
Case 1:24-cv-02299-LTS   Document 31   Filed 03/31/25   Page 1 of 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

GREENLIGHT CAPITAL, INC.,

                Plaintiff,                           24 **CIVIL** 2299 (LTS)

      -against-                              **JUDGMENT**

JAMES FISHBACK,

                Defendants.

-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 31, 2025, Plaintiff's motion for summary judgment is granted in full. Plaintiff is hereby awarded the outstanding balance on the First Note, including the remaining principal ($215,174.47) and the interest accrued thereon (at $26.72 per day) from November 1, 2023 (the day after the October 31, 2023 redemption) through the date of entry of judgment for a total of 517 days amounting to $13,814.24 in total interest. Plaintiff is also awarded post-judgment interest, which shall accrue at the rate statutorily prescribed by 28 U.S.C. § 1961. This Memorandum Order resolves docket entry no. 13. Judgment entered in favor of Plaintiff. Any motion for attorneys' fees may be made pursuant to Federal Rule of Civil Procedure 54(d)(2) and shall set forth the basis for attorneys' fees, whether under the Notes or otherwise.

**Dated:** New York, New York

       March 31, 2025

                                                           **TAMMI M. HELLWIG**

                                                           Clerk of Court

                                **BY:**

                                                            Deputy Clerk

CERTIFIED AS A TRUE COPY ON THIS DATE 5/8/2025 BY [signature] Clerk/Deputy

## AFFIDAVIT PURSUANT TO D.C. CODE § 15–353

BEFORE ME, the undersigned authority, a Notary Public, personally came and appeared David Short, Esq., who, after first being duly sworn under oath, deposes and says the following:

1. My name is David Short, Esq. I am over the age of 18 and make this affidavit upon personal knowledge of the facts set forth herein. I am an attorney at Sequor Law, P.A., 650 Massachusetts Avenue N.W., Suite 600 Washington, D.C. 20001. I submit this Affidavit pursuant to D.C. Code § 15–353 to set forth the names and last known addresses of the judgment debtor and the judgment creditor.

2. Sequor Law, P.A. represents **Greenlight Capital, Inc.** (the "Judgment Creditor"), which holds a judgment against **James Fishback** (the "Judgment Debtor").

3. The name and address of the Judgment Creditor is:

**CREDITOR'S NAME:**     **Greenlight Capital, Inc.**
**ADDRESS:**             140 East 45th Street, 24th Floor,
                         New York, NY 10017

4. The Judgment Debtor's last known address is:

**JUDGMENT DEBTOR'S NAME:**   **James Fishback**
**ADDRESS:**                  115 SW Pinckney St, Madison, FL 32340

5. The Judgment Debtor James Fishback also has an address at:

> 2325 42nd Street NW, Apartment 215,
> Washington, D.C. 20007

I declare under penalty of perjury that the foregoing affidavit is true and correct.

Executed in Washington, D.C on May 29, 2025.

_____
DAVID SHORT

|||
|---|---|
| DISTRICT OF COLUMBIA | ) <br> ) ss: <br> ) |

Before me, Zachary Klotz on this 29 day of May, 2025 personally appeared David Slant who appeared and proved to me on the basis of satisfactory evidence to be that person, and, having been duly sworn under oath, executed the foregoing document.

I certify under penalty of perjury under the laws of Washington, D.C. that the foregoing is paragraph is true and correct.

_____
Notary Public
My Commission Expires:

[Notary Seal: ZACHARY KLOTZ, NOTARY PUBLIC, My Comm. Exp. Oct 14, 2028, DISTRICT OF COLUMBIA]

2