**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GREENLIGHT CAPITAL, INC.,

      Plaintiff/Judgment Creditor,                   Case No.: 1:25-mc-00074-UNA

v.

JAMES FISHBACK,

      Defendant/Judgment Debtor.

_____/

## MOTION FOR ISSUANCE OF WRIT OF EXECUTION

Plaintiff Greenlight Capital, Inc. ("Greenlight"), by and through counsel, hereby moves this Honorable Court for the entry of an Order directing the Clerk of this Court to issue a writ of execution. This remedy is available because James Fishback ("Fishback") has failed to pay a judgment entered against it in Greenlight's favor.

WHEREFORE, for the reasons set forth in the accompanying memorandum of points and authorities in support of this motion for the issuance of writ of execution, Greenlight requests that the Court grant Greenlight's motion and directing the Clerk of this Court to issue a writ of execution.

[SIGNATURE ON NEXT PAGE]

Dated:  November 14, 2025.

Respectfully submitted,
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202

By: /s/ *David A. Short*
    David A. Short
    DC Bar No. 90013192
    1200 G Street N.W.
    Suite 340
    Washington, DC 20005
    Telephone: (305) 372-8282
    dshort@sequorlaw.com

*Counsel for Plaintiff/Judgment Creditor Greenlight Capital, Inc.*

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

GREENLIGHT CAPITAL, INC.,

      Plaintiff/Judgment Creditor,                  Case No.: 1:25-mc-00074-UNA

v.

JAMES FISHBACK,

      Defendant/Judgment Debtor.

_____/

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ISSUANCE OF WRIT OF EXECUTION

Plaintiff Greenlight Capital, Inc. ("Greenlight"), by and through counsel, hereby moves this Honorable Court for the entry of an Order directing the Clerk of this Court to issue a writ of execution. This remedy is available because James Fishback ("Fishback") has failed to pay a judgment entered against it in Greenlight's favor.

### FACTUAL BACKGROUND

On March 31, 2025, a final judgment (the "Judgment") was entered in favor of the Greenlight and against Fishback by the U.S. District Court for the Southern District of New York. *See* ECF No. 3 p. 2. On May 29, 2025, the Judgment was registered in this Court pursuant to 28 U.S.C. § 1963. *Id.* Accordingly, as of May 29, 2025, the Judgment has the same effect as a judgment of the District Court for the District of Columbia, and is enforceable in Washington D.C. *See* ECF No. 3 (Registration of Foreign Judgment). The total amount of the Final Judgment is USD $228,988.71. *See id.* The Judgment is unsatisfied and Greenlight seeks to enforce the Judgment and requests the issuance of a writ of execution.

3

## ARGUMENT

### I. The Relief Greenlight Seeks Is Appropriate Under Federal and District of Columbia Law.

Greenlight seeks a writ of execution. Under District of Columbia law, a final judgment for the payment of money (such as the Judgment here) recognized by the District Court for the District of Columbia constitutes a lien on the judgment debtor's freehold and leasehold estates from the date such judgment is filed and recorded in the office of the Recorder of Deeds of the District of Columbia. D.C. Code § 15-102. *See also* 28 U.S.C. § 1963 (providing that once a judgment is registered in a jurisdiction, it has the same effect as a judgment originally entered in that jurisdiction); D.C. Code § 15-352 (same). Furthermore, "every final judgment . . . for the payment of money rendered in the . . . United States District Court for the District of Columbia . . . when filed and recorded in the office of the Recorder of Deeds . . . is enforceable, by execution issued thereon." D.C. Code § 15-101(a).

#### A. This Court Should Direct the Issuance of a Writ of Execution.

In this Court, Rule 69(a)(1) of the Federal Rules of Civil Procedure governs the enforcement of money judgments and the availability of the relief requested herein. Fed. R. Civ. P. 69(a)(1). Rule 69(a)(1) provides that the "procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located." *Stern v. Islamic Republic of Iran*, 73 F. Supp. 3d 46, 49-50 (D.D.C. 2014) (quoting Fed. R. Civ. P. 69(a)(1)). Like its federal counterpart, D.C. R. Civ. P. 69 sets out the process for execution on a money judgment. The procedure for executing on a judgment "must accord with the procedure of the District of Columbia," so long as there is no applicable federal statute. D.C. R. Civ. P. 69(a)(1). In the District of Columbia, "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise." *Id.* The comments to D.C. R. Civ. P.

69(a)(1) make clear that a writ of execution includes the writ of execution provided for in D.C. Code § 15-311. *See* Comments to D.C. R. Civ. P. 69(a)(1). A writ of execution may be levied on a judgment debtor's goods and chattels as well as all leasehold and freehold estates of the debtor in land once the judgment has been filed and recorded. D.C. Code §§ 15-307; 15-311.

Greenlight has met all of the requirements for a writ of execution to issue from this Court. Greenlight has a valid judgment that is a lien on the Fishback's real property, since Greenlight has registered the Judgment with the Clerk of this Court and has recorded the judgment with the Recorder of Deeds of the District of Columbia. Attached hereto as **Exhibit 1**, is the recorded judgment with the Recorder of Deeds of the District of Columbia. Greenlight will further ensure that requirements that apply *after* issuance of the writ of execution are satisfied. *See* D.C. Code § 15-314.

## CONCLUSION

For the forgoing reasons, the Court should grant Greenlight's motion and issue an order directing the Clerk of this Court to Issue a writ of execution attached hereto as **Exhibit 2**.

[SIGNATURE ON NEXT PAGE]

Dated:  November 14, 2025.

Respectfully submitted,
SEQUOR LAW, P.A.
1111 Brickell Avenue, Suite 1250
Miami, Florida 33131
Telephone: 305-372-8282
Facsimile: 305-372-8202

By:  /s/ *David A. Short*
      David A. Short
      DC Bar No. 90013192
      1200 G Street N.W.
      Suite 340
      Washington, DC 20005
      Telephone: (305) 372-8282
      dshort@sequorlaw.com

*Counsel for Plaintiff/Judgment Creditor Greenlight
Capital, Inc.*