*EXHIBIT 2*

DC 11
Rev.-DC 2/2010

**WRIT OF EXECUTION**

| **UNITED STATES DISTRICT COURT** | DISTRICT |
|---|---|

| TO THE MARSHAL OF: |
|---|

| YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to: |
|---|
| NAME |

| you cause to be made and levied as well a certain debt of: | |
|---|---|
| DOLLAR AMOUNT | DOLLAR AMOUNT |
| | and |

| in the United States District Court for the _____ District of _____,  before the Judge of the said Court by the consideration of the same Judge lately recovered against the said, |
|---|

| and also the costs that may accrue under this writ.     And that you have above listed moneys at the place and date listed below; and that you bring this writ with you. |
|---|

| PLACE | DISTRICT |
|---|---|
| CITY | DATE |

| Witness the Honorable |
|---|

| DATE | CLERK OF COURT |
|---|---|
| | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

**This writ was received and executed.**

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|